## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jamaal Carey,                         Civil No. 11-3711  (RHK/FLN)

         Plaintiff,             **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

vs.

Lori Swanson, et al.,

         Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 9, 2012

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge